IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tena, Cesar M | Case Number: 08 B 02008 |
| | Judge: Squires, John H |
| Printed: 6/24/08 | Filed: 1/30/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 14, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 2. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 3. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 5. | Bank Of America | Secured | 0.00 | 0.00 |
| 6. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 7. | CIT Group/Consumer Finance Inc | Secured | 0.00 | 0.00 |
| 8. | CIT Group/Consumer Finance Inc | Secured | 0.00 | 0.00 |
| 9. | Delaware Place Bank | Secured | 55,000.00 | 0.00 |
| 10. | National City Mortgage Co | Secured | 8,207.61 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 132.17 | 0.00 |
| 12. | Educational Credit Management Corp | Unsecured | 717.33 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 1,020.32 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 15.00 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 132.17 | 0.00 |
| 16. | Cit Group | Secured | | No Claim Filed |
| 17. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 18. | National City Bank | Secured | | No Claim Filed |
| 19. | City Of Chicago | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | WFNNB/LaRedoute | Unsecured | | No Claim Filed |
| 22. | WF FNB/VS | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 65,224.60 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Tena, Cesar M

Printed:  6/24/08

Case Number:  08 B 02008
Judge:  Squires, John H
Filed:  1/30/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

